49D06-2111-CT-039111

Marion Superior Court 6

Filed: 11/22/2021 3:24 PM
Clerk
Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION _____ COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO: |
| | | |
| HOWARD BREWER, | ) | |
| | ) | **JURY TRIAL REQUESTED** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SPEEDWAY, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT FOR DAMAGES

Plaintiff Howard Brewer, for his Complaint for Damages against Defendant Speedway, LLC, states:

1. Plaintiff Howard Brewer is an individual who resides in Indianapolis, Marion County, Indiana.

2. Defendant Speedway, LLC ("Speedway") owns and operates the gas station located at 7339 Pendleton Pike in Indianapolis, Marion County, Indiana (the "Station").

3. Jurisdiction and venue are proper in this Court because the events described herein occurred in Marion County.

4. On or about February 15, 2021, Howard entered the Station with the intention of making a purchase. Right after Howard walked through the doors of the Station he slipped and fell on the wet floor. Howard was injured as a direct result of the fall.

5. Speedway owed a duty to Howard to maintain the Station in a reasonably safe condition.

6. Speedway breached that duty when it, among other things, failed to utilize any floor mats in the entryway to the Station, causing Howard to slip and fall due to the wet and unreasonably dangerous conditions of the floor.

7. Howard received permanent injuries as a result of Speedway's negligence.

8. Howard has been damaged in an amount to be determined at trial.

WHEREFORE Plaintiff Howard Brewer respectfully requests that the Court enter a judgment in his favor and against Defendant Speedway in an amount to be determined at trial, including without limitation compensatory damages, the costs of this action, and all other just and proper relief.

## JURY DEMAND

The Plaintiff demands a trial by jury.

Respectfully submitted
/s/ Stephen F. Woods
Stephen F. Woods (37005-79)
Smid Law LLC
12115 Visionary Way, Suite 174
Fishers, IN 46038
Direct: (765) 430-2074
Fax: (317) 458-2086
swoods@smidlaw.com