**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| HOWARD BREWER, | ) | CAUSE NO. 1:22-cv-00629-SEB-DLP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SPEEDWAY, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO REMAND**

Comes now the undersigned counsel for defendant Speedway LLC (incorrectly sued as Speedway, LLC) and respectfully requests this Court remand this case to the Marion County Superior Court 6, Cause No. 49D06-2111-CT-039111, for the following reasons constituting good cause shown.

1.  Subsequent to defendant's timely petition for removal, counsel for the parties conferred and defendant's attorney was made aware that prior to the lawsuit being filed, plaintiff's attorney had shared information with defendant's customer service representative which had not been communicated to Speedway's legal department and therefore, not communicated to defendant's counsel.

2.  Plaintiff's attorney has suggested that he intended to file a Motion to Remand based on this information.

3.  Defendant's attorney realizes that while he and his client could fight remand, this would involve unnecessary expenditure of this Court's time and resources.

4.  Plaintiff's counsel has indicated that he has no objection to defendant's motion.

WHEREFORE, the undersigned counsel for defendant Speedway LLC (incorrectly sued as Speedway, LLC) respectfully requests this Court remand this case to the Marion County Superior Court 6, Cause No. 49D06-2111-CT-039111.

Respectfully submitted,

FROST BROWN TODD LLC

By: */s/ Thomas L. Davis*
Thomas L. Davis, #4423-49
Attorneys for Defendant Speedway LLC
(incorrectly sued as Speedway, LLC)

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of April, 2022, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system:

Stephen Woods
2501 Soldiers Home Road, 7A
West Lafayette, IN  47906
Email:  stephenwoods446@gmail.com

*/s/ Thomas L. Davis*
Thomas L. Davis

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
Phone: (317) 237-3800
Fax: (317) 237-3900
tdavis@fbtlaw.com

4872-6133-1228v1