# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| HOWARD BREWER, | ) CAUSE NO. 1:22-cv-00629-SEB-DLP |
| Plaintiff, | ) |
| v. | ) |
| SPEEDWAY, LLC, | ) |
| Defendant. | ) |

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO REMAND

Counsel for defendant Speedway LLC (incorrectly sued as Speedway, LLC) and having filed his Unopposed Motion to Remand, and the Court having examined said motion and being duly advised in the premises, hereby GRANTS the same.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED by the Court that this case is remanded to the Marion County Superior Court 6, Cause No. 49D06-2111-CT-039111.

DATED: 4/27/2022

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

*Distribution will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.*

Marion County Clerk's Office
200 E. Washington Street Rm.W122
Indianapolis, Indiana 46204