# UNITED STATES DISTRICT COURT

## Southern District of Indiana

### Roger A. G. Sharpe

### Clerk of the Court

*46 East Ohio Street, Room 105*
*Indianapolis, Indiana*
*46204*

*921 Ohio Street*
*Terre Haute, Indiana*
*47807*

*101 Northwest MLK Boulevard*
*Evansville, Indiana*
*47708*

*121 West Spring Street*
*New Albany, Indiana*
*47150*

April 27, 2022

Marion County Clerk's Office
200 East Washington Street Rm, W122
Indianapolis,  IN 46204

      Re: BREWER v. SPEEDWAY LLC
      Cause Number: 1:22–cv–00629–SEB–DLP
      Your Cause Number: 49D06–2111–CT–039111.

Dear Clerk:

      Pursuant to Court order dated 4/27/2022, the above file is remanded to the Marion County County Court.

      Enclosed are copies of all documents filed in this cause since the petition for removal was filed on 3/30/2022. Also enclosed are certified copies of the docket and order of remand.

      Please acknowledge receipt of the file by returning the enclosed copy of this letter to the undersigned.

Sincerely,

Roger A. G. Sharpe, Clerk

By: _s/Cecily Mount___
Cecily Mount, Deputy Clerk

Received by:_____Date:_____